Per Curiam.
 

 [¶1] Samantha DeLong appeals from a district court order and judgment awarding Darrell Selfree Shields unsupervised parenting time of D.J.S., a minor child. DeLong argues the district court erred in applying the best interest factors and in awarding Shields unsupervised parenting time. A district court's decision on primary residential responsibility and parenting time are reviewed under the clearly erroneous standard.
 
 Rebenitsch v. Rebenitsch
 
 ,
 
 2018 ND 48
 
 , ¶ 4,
 
 907 N.W.2d 41
 
 . The court's findings on the best interest factors and its award of unsupervised parenting time to Shields were not clearly erroneous.
 
 Follman v. Follman
 
 ,
 
 2017 ND 58
 
 ,
 
 891 N.W.2d 778
 
 . The judgment is summarily affirmed under N.D.R.App.P. 35.1(a)(2).
 

 [¶2] Gerald W. VandeWalle, C.J.
 

 Daniel J. Crothers
 

 Lisa Fair McEvers
 

 Jon J. Jensen
 

 Jerod E. Tufte